UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOISEY CALDWELL,

                            Plaintiff,

            -against-

EDWARD SPIRO, ET AL.,

                            Defendants.

25cv7475 (LTS)

CIVIL JUDGMENT

        For the reasons stated in the March 10, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).


SO ORDERED.

 Dated:    March 10, 2026
           New York, New York


                                     /s/ Laura Taylor Swain
                                     LAURA TAYLOR SWAIN
                                Chief United States District Judge